IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00144-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BOBBY ULYSSES BROWN,

    Defendant.

_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

    This matter has been scheduled for a four-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **June 8, 2009 at 8:00 a.m.**  It is

    ORDERED that all pretrial motions shall be filed by **May 6, 2009** and responses to these motions shall be filed by **May 13, 2009**.  It is further

    ORDERED that a Trial Preparation Conference is set for **June 5, 2009 at 8:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED April 10, 2009.

                                                    BY THE COURT:

                                                   s/Philip A. Brimmer
                                                 PHILIP A. BRIMMER
                                                 United States District Judge